# EXHIBIT B

**U.S. Patent No. 10,233,704**

| Claim No. | Claim | TCI's CFTRS |
|---|---|---|
| 1(p) | A tubular handling system, comprising: | The name of TCI's product is the "Clear Floor Tubular Running System" ("CFTRS").  *See* Casing Specialties, Home of the Clear Floor Tubular Running System CF-TRS, https://www.casingspecialties.com/about-9 ("TCI's Website") (last visited Mar. 16, 2026).  Tubular handling systems are used on an oil rig to make up and lower casing and other tubulars into the wellbore.  According to TCI, the CFTRS is "an advanced, fully automated solution designed to revolutionize casing operations."  TCI further states that "[w]ith its blend of automation, safety, and efficiency, the CFTRS is poised to redefine industry standards, offering operators a safer, faster, and more reliable to way to run casing."  In addition, as can be seen in videos of the CFTRS, the CFTRS can be used to make up and lower casing and other tubulars into the wellbore.  Videos of the CFTRS are available at the following URLS:<br>• https://www.youtube.com/watch?v=f0n97UUv7oQ<br>• https://www.tiktok.com/t/ZP8brqfE2/<br>• https://www.tiktok.com/@vinnnie_mac/video/7458863567027146030?_r=1&_t=ZP-94m5VRdzMp5<br>• https://www.tiktok.com/@vinnnie_mac/video/7458269040578940202?_r=1&_t=ZP-94m5Z0Xaf5K<br>• https://www.casingspecialties.com/about-9<br><br>Accordingly, although the preamble is not limiting, the CFTRS is a tubular handling system. |
| 1(a) | a power tong configured to engage and rotate an add-on tubular by applying a torque thereto, the power tong defining a central opening | A power tong is a device that engages and rotates an add-on tubular by applying a torque thereto.  The power tong of the TCI product is shown below circled in red.  *See* Clear Floor Tubular Running System - TCI Casing Specialties Video, https://www.youtube.com/watch?v=f0n97UUv7oQ ("YouTube Video") at ~0:56 (last visited Mar. 17, 2026). |

| | |
|---|---|
| configured to receive the add-on tubular therethrough; | <br><br>As shown in the YouTube Video of the CFTRS product (https://www.youtube.com/watch?v=f0n97UUv7oQ), the power tong engages and rotates an add-on tubular by applying a torque thereto.  The tubular can be seen rotating from 1:09 to 1:27 in the video. |

The central opening is identified by the red arrow in the picture of the CFTRS shown below, which can be found in the thumbnail image of the video (and in the video) from TCI's Website.  As shown, the central opening is defined by the power tong.



The central opening can also be seen in the following photograph from TCI's Website:



As shown in the YouTube Video at 0:41-0:47, the central opening of the power tong receives add-on tubular.  Thus, the central opening must be configured to receive the add-on tubular therethrough.

Accordingly, the CFTRS includes a power tong configured to engage and rotate an add-on tubular by applying a torque thereto, the power tong defining a central opening configured to receive the add-on tubular therethrough.

| 1(b) | a spider disposed at a rig floor, the spider being configured to support a tubular string and transmit a reactionary torque to the tubular string, when supporting the tubular string, the reactionary torque being generated in reaction to the torque applied by the power tong; | A spider is a device that supports one or more lengths of tubulars in place, often on the rig floor.  As shown below, the spider (red arrow) is disposed at the rig floor (blue arrow).  *See* TCI's Website.<br><br><br><br>As shown in the figure above, the spider supports the tubular disposed therethrough. |
|------|------|------|

As shown in the YouTube Video at 1:09-1:27, the spider transmits a reactionary torque to the tubular string. While the add-on tubular held by the power tong is rotated to connect it to the existing tubular string, the tubular string within the spider does not rotate.  In the absence of the spider, the existing tubular string would rotate when the power tong applies a torque to the add-on tubular, however, the tubular string does not rotate because a reactionary torque is being transmitted to the tubular string by the spider.

Accordingly, the CFTRS includes a spider disposed at a rig floor, the spider being configured to support a tubular string and transmit a reactionary torque to the tubular string when supporting the tubular string, the reactionary torque being generated in reaction to the torque applied by the power tong.

| 1(c) | a lifting assembly coupled with the power tong and configured to move the power tong vertically with respect to the tubular string and the spider, wherein the lifting assembly transmits a reactionary torque from the power tong to the spider; and | A lifting assembly is a device that lifts components of a tubular handling system, such as a power tong.  As shown in the picture below, the CFTRS lifting assembly (red arrow) is coupled to the power tong (blue arrow).  *See* YouTube Video at ~1:13.<br><br><br><br>As shown in each of the figures below, the lifting assembly is configured to move the power tong vertically with respect to the tubular string and spider.  The position of the power tong (red arrow) is lower in the right image compared to the left image.  The difference in vertical |

position can be seen when comparing the position of the power tong (red arrow) to the spider (blue arrow) in each of the figures below. *Compare* YouTube Video at ~1:13 *with* ~2:15.

 

As can be seen in the YouTube Video, the lifting assembly transmits a reactionary torque from the power tong to the spider, as is evidenced by the movement of the lifting assembly at ~1:52.

Accordingly, the CFTRS includes a lifting assembly coupled with the power tong and configured to move the power tong vertically with respect to the tubular string and the spider, wherein the lifting assembly transmits a reactionary torque from the power tong to the spider.

| 1(d) | a torque measuring device configured to measure the reactionary torque transmitted from the power tong to the lifting assembly and from the lifting assembly to the spider. | As described on TCI's website (https://www.casingspecialties.com/about-9), the CFTRS includes a TENARIS Torque Turn Monitoring System.  A torque turn monitoring system measures torques and is, therefore, a torque measuring device.  As described above, the reactionary torque is transmitted from the power tong to the lifting assembly and then from the lifting assembly to the spider.  The TENARIS Torque Turn Monitoring System can be configured to measure each of these torques.  Accordingly, the CFTRS includes a torque measuring device configured to measure the reactionary torque transmitted from the power tong to the lifting assembly and from the lifting assembly to the spider. |
| --- | --- | --- |
| 6 | The tubular handling system of claim 1, wherein the lifting assembly comprises a plurality of arms that are pivotable to move the power tong vertically | As shown in the YouTube Video at 0:51-0:55 (movement up) and 2:03-2:09 (movement down), the lifting assembly described in claim 1(c) is made up of multiple arms that pivot and move the power tong vertically.  The plurality of arms that are pivotable to move the power tong vertically can also be seen in the image below, indicated by the yellow arrow:<br><br><br><br>Accordingly, the CFTRS includes a tubular handling system, wherein the lifting assembly comprises a plurality of arms that are pivotable to move the power tong vertically. |

| 7 | The tubular handling system of claim 6, wherein the lifting assembly comprises a scissor jack arrangement or a four-bar linkage arrangement. | As shown in the YouTube Video at 0:55, the lifting assembly described in claim 6 is made up of a four-bar linkage arrangement.<br><br><br><br>Accordingly, the CFTRS includes a tubular handling system, wherein the lifting assembly comprises a scissor jack arrangement or a four-bar linkage. |
| --- | --- | --- |
| 8 | The tubular handling system of claim 1, wherein the power tong comprises a plurality of engaging members, the plurality of engaging members being configured to move between an engaging position and a retracted position, the | As shown in the YouTube Video, the power tong described in claim 1(a) is made up of multiple parts that move between an engaging position, where the power tong engages and rotates the tubular by applying a torque thereto (at 0:45 to 0:50), and a retracted position, where the power tong opens to allow space apart from the tubular so that the power tong can move vertically over the box-end connection of the tubular string (at 0:25-0:28 & 2:01-2:08).<br><br>Accordingly, the CFTRS includes a tubular handling system wherein the power tong comprises a plurality of engaging members, the plurality of engaging members being configured to move between an engaging position and a retracted position, the plurality of engaging members in the engaging position being configured to apply a torque to the tubular, and the plurality of |

| | plurality of engaging members in the engaging position being configured to apply a torque to the tubular, and the plurality of engaging members in the retracted position being spaced radially apart from the tubular such that the power tong is vertically movable over a box-end connection of the tubular string. | engaging members in the retracted position being spaced radially apart from the tubular such that the power tong is vertically movable over a box-end connection of the tubular string. |
|---|---|---|